UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MAXWELL,<br><br>            Plaintiff,<br><br>      v.<br><br>LISA PACIONE, *et al*.,<br><br>            Defendants. | Case No. 1:24-cv-00409-CDB<br><br>ORDER TO PAY FILING FEE IN FULL OR SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>**30-DAY DEADLINE**<br><br><u>Clerk of the Court to Serve IFP Application</u> |

Plaintiff Shawn Maxwell is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 8, 2024, the Clerk of the Court returned to Plaintiff a check remitted in satisfaction of filing fees because Plaintiff did not pay the correct fee. *See* (docket entry dated 4/8/2024).

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $405, unless payment of such fee is excused through the Court's granting of a plaintiff's application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914.[1]  Plaintiff has not paid the $405 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $55. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule ⁋ 14 (eff. Dec. 1, 2023)).  The additional $55 administrative fee does not apply to persons granted leave to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED that, **within 30 days** from the date of service of this Order, Plaintiff shall prepay the $405.00 filing fee in full OR submit the attached application to proceed *in forma pauperis*, completed and signed. **Plaintiff's failure to comply with this Order will result in a recommendation for dismissal of the action without further notice.**

The Clerk of the Court is directed to provide Plaintiff with an *in forma pauperis* application.

IT IS SO ORDERED.

Dated: **April 18, 2024**

UNITED STATES MAGISTRATE JUDGE